## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shawn Eugene Anderson                                    CHAPTER 13
                              Debtor(s)

                                                            BKY. NO. 18-20952 GLT


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSF8 Master Participation Trust, and index same on the master mailing list.



     Respectfully submitted,


/s/ **Brian C. Nicholas**
Brian Nicholas
01 Jul 2022, 09:15:56, EDT

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)  ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com