FILED
07/20/2022 2:06 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 18-20952-GLT |
| | ) | |
| Shawn Eugene Anderson | ) | |
| | ) | |
| DEBTOR | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Gregory L. Taddonio |
| | ) | |

## WITHDRAWAL OF NOTICE OF POSTPETITON MORTGAGE FEES, EXPENSES, AND CHANGES

NOW COMES U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, by and through its Authorized Agent McCalla Raymer Leibert Pierce, LLC, and hereby withdraws the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on April 27, 2022.

Notice of Postpetition Mortgage Fees, Expenses, and Charges Filed Date: April 27, 2022.

Notice of Postpetition Mortgage Fees, Expenses, and Charges (Doc) related to Claim Number: Claim #9.

This 20th day of July, 2022.

*/s/Dane  Exnowski*
Authorized Agent for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 562-661-5060
Email: Dane.Exnowski@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 18-20952-GLT |
|  | Chapter: 13 |
| Shawn Eugene Anderson | Judge: Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shawn Eugene Anderson
1015 Rebecca Street
New Castle, PA 16101

William S. Creighton                    *(served via ECF Notification)*
Neighborhood Legal Services Association
125 East North Street
Temple Building, Suite 329
New Castle, PA 16101

Ronda J. Winnecour, Trustee            *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee    *(served via ECF Notification)*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/20/2022        By:   /s/Dane Exnowski
                  (date)                Dane Exnowski
                                        Authorized Agent for U.S. Bank Trust National
                                        Association, not in its individual capacity, but solely as
                                        Trustee of LSF8 Master Participation Trust