```
                                                                FILED
                                                                8/22/22 9:03 am
          IN THE UNITED STATES BANKRUPTCY COURT                 CLERK
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA              U.S. BANKRUPTCY
                                                                COURT - WDPA
```

IN RE:                              )
   SHAWN EUGENE ANDERSON           )   Case No. 18-20952 GLT
                                    )
                                    )   Chapter 13
               Debtor(s).   )   Related to Dkt. No. 70, 88
                                    X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☒    a motion to dismiss case or certificate of default requesting dismissal

    ☐    a plan modification sought by: _____

    ☐    a motion to lift stay
           as to creditor    _____

    ☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☐ Chapter 13 Plan dated
    ☒ Amended Chapter 13 Plan dated    **2-4-21**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒    Debtor(s) Plan payments shall be changed from **$1805** to **$1954** per month, effective **9/22**; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- **Trustee's Certificate of Default (Doc 88) is treated as resolved by this Order.**
- **PPFN filed by US Bank NA CL.#9 to be paid under the plan.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  22nd  day of  August, 2022

_____
Gregory R. Taddonio            jah
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

/s/ William S. Creighton_____          /s/ Owen W. Katz
Counsel to Debtor                                    Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shawn Eugene Anderson  
    Debtor

Case No. 18-20952-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Aug 22, 2022     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn Eugene Anderson, 1015 Rebecca Street, New Castle, PA 16101-8903 |
| cr | + | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14791155 | | AES/PHEAA-ADV, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15421134 | + | City of New Castle, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14791158 | + | LSF8 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14805609 | | LSF8 Master Participation Trust, c/o 13801 Wireless Way, Oklahoma City, OK 73134 |
| 14791159 | + | McCabe, Weisberg & Conway, PC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14795824 | + | TEBO Financial Services, Inc., 4740 Belpar St. NW, Unit A, Canton, Ohio 44718-3685 |
| 14805612 | | US Department of Education/, GLELSI, Madison, WI 53707 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2022 23:32:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| 14791156 | | Email/Text: bankruptcy@tebofinancial.com | Aug 22 2022 23:32:00 | Atlantic Financial Service, 4025 Erie Avenue SW, Alliance, OH 44646-9473 |
| 14805607 | | Email/Text: bankruptcy@tebofinancial.com | Aug 22 2022 23:32:00 | Atlantic Financial Service, 4025 Erie Avenue SW, Alliance, Ohio 44646-9473 |
| 14938990 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2022 23:32:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15364949 | | Email/Text: ECF@fayservicing.com | Aug 22 2022 23:32:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14791157 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2022 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14850244 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 22 2022 23:32:00 | LSF8 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 14849265 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2022 23:39:40 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816290 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2022 23:32:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14805611 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2022 23:32:00 | Pennsylvania Department of Revenue, Bureau of Individual Taxes, PIT Del. Tax Div., Assessment Sec., Dept. 280432, Harrisburg, PA 17128-0001 |
| 14807162 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14834494 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2022 23:39:40 | Pinnacle Credit Services, LLC its successors and, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14824265 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 22 2022 23:32:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14791160 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 22 2022 23:32:00 | US Department of Education/GLELSI, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF8 MASTER PARTICIPATION TRUST |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14805606 | * | AES/PHEAA-ADV, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14805608 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14805610 | *+ | McCabe, Weisberg & Conway, PC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bnicholas@kmllawgroup.com

Catherine T. Martin
on behalf of Debtor Shawn Eugene Anderson martinc@nlsa.us

Denise Carlon
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust dcarlon@kmllawgroup.com

James R. Wood
on behalf of Creditor City of New Castle jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Aug 22, 2022 | Form ID: pdf900 | Total Noticed: 23

        on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@rascrane.com

Thomas Song
        on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST pawb@fedphe.com

William S. Creighton
        on behalf of Debtor Shawn Eugene Anderson creightonb@nlsa.us

TOTAL: 9