IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:     18-20952


DEBTOR(S):

SHAWN EUGENE ANDERSON


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $1,198.64


CREDITOR'S SIGNATURE:


/s/ Brandie McCann


CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC its successors and assigns as assignee of Cellco Partnership d/b/a Verizon Wireless

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(866) 572-0265


DATE:

11/7/2022