**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN EUGENE ANDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-20952 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/13/2018 and confirmed on 05/17/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,525.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,525.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 2,975.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,975.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   INTERNAL REVENUE SERVICE* | 30,315.05 | 0.00 | 6,483.25 | 6,483.25 |
|     Acct: 5979 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,955.67 | 0.00 | 505.58 | 505.58 |
|     Acct: 5979 | | | | |
|   TEBO FINANCIAL SERVICES* | 5,708.80 | 5,708.80 | 1,164.90 | 6,873.70 |
|     Acct: 1313 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 46,717.57 | 46,717.57 | 4,654.30 | 51,371.87 |
|     Acct: 9223 | | | | |
| | | | | 65,234.40 |
| **Priority** | | | | |
|   WILLIAM S CREIGHTON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN EUGENE ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN EUGENE ANDERSON | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5979 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 418.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 427.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 4,815.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 420.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 420.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0952 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX2GLT | | | | |
| | | | | 315.00 |
| Unsecured | | | | |
| ECMC(*) | 19,108.20 | 0.00 | 0.00 | 0.00 |
| Acct: 5979 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 9,562.90 | 0.00 | 0.00 | 0.00 |
| Acct: 5979 | | | | |
| INTERNAL REVENUE SERVICE* | 30,349.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5979 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5979 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9238 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANGELIQUE SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                     65,549.40

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,815.66 |
| SECURED | 85,697.09 |
| UNSECURED | 59.020.60 |

Date: 03/14/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com