**Fill in this information to identify the case:**

Debtor 1 ____Shawn Eugene Anderson____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__    District of __PENNSYLVANIA__
(State)

Case number __18-20952-GLT__

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee Of LSF8 Master Participation Trust | Court claim no. (if known) | 9 |

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX9223

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ○ No
- ⊤ Yes. Date of the last notice: __June 17, 2020__

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | 6/8/2021, | (9) | $ 420.00 |
| 10. | Property preservation expenses. Specify: _____ 0.00 | | (10) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Shawn Eugene Anderson | Case number (*if known*) | 18-20952-GLT |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Melissa  Licker                                 Date  7/20/2021
   Signature

Print:  Melissa                          Licker                  Title  Authorized Agent
        First Name    Middle Name    Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell              GA           30076
         City                 State        ZIP Code

Contact phone  732-902-5384            Email  Melissa.Licker@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**                              )
                                        ) **Case No.** 18-20952-GLT
Shawn Eugene Anderson                   ) **Chapter** 13
                                        )
                                        ) **JUDGE:** Gregory L. Taddonio

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| Insurance Advances (non-Escrow) | | $420.00 |
| 06/08/2021 | Homeowner's Insurance Advanced | $420.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                              **$420.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:<br>Shawn Eugene Anderson | Bankruptcy Case No.: 18-20952-GLT<br>Chapter: 13<br>Judge: Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shawn Eugene Anderson
1015 Rebecca Street
New Castle, PA 16101

William S. Creighton                      *(served via ECF Notification)*
Neighborhood Legal Services Association
125 East North Street
Temple Building, Suite 329
New Castle, PA 16101

Ronda J. Winnecour, Trustee               *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee       *(served via ECF Notification)*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| Executed on: | 7/26/2021 | By: | */s/Melissa Licker* |
|---|---|---|---|
|  | (date) |  | Melissa Licker<br>Authorized Agent for U.S. Bank Trust National Association,<br>Not In Its Individual Capacity, But Solely As Trustee Of<br>LSF8 Master Participation Trust |