**Fill in this information to identify the case:**

Debtor 1  Shawn Eugene Anderson

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN   District of  PENNSYLVANIA
                                                                (State)

Case number  18-20952-GLT

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee Of LSF8 Master Participation Trust | **Court claim no. (if known)** | 9 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX9223 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of the last notice:  July 26, 2021

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | 3/24/2022, | (9) | $ 424.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Shawn Eugene Anderson | Case number (*if known*) | 18-20952-GLT |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Lindsey Morales                                    Date  04/27/2022
   Signature

Print:   Lindsey            Morales                      Title  Authorized Agent
         First Name   Middle Name   Last Name

Company   McCalla Raymer Le bert Pierce, LLC

Address   1544 Old Alabama Road
          Number   Street
          Roswell                GA        30076
          City                   State     ZIP Code

Contact phone   702-906-0053              Email   Lindsey.Morales@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**                                )
                                          )   **Case No.** 18-20952-GLT
Shawn Eugene Anderson                     )   **Chapter** 13
                                          )
                                          )   **JUDGE:** Gregory L. Taddonio

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | |
|---|---|
| Insurance Advances (non-Escrow) | $424.00 |
|     03/24/2022      Homeowner's Insurance Advanced | $424.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:             **$424.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |  |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 18-20952-GLT |
|  | Chapter: | 13 |
| Shawn Eugene Anderson | Judge: | Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Lindsey Morales, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shawn Eugene Anderson
1015 Rebecca Street
New Castle, PA 16101

William S. Creighton    (served via ECF Notification)
Neighborhood Legal Services Association
125 East North Street
Temple Building, Suite 329
New Castle, PA 16101

Ronda J. Winnecour, Trustee    (served via ECF Notification)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee    (served via ECF Notification)
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    04/27/2022    By:    /s/Lindsey Morales
        (date)            Lindsey Morales
                    Authorized Agent for U.S. Bank Trust National Association,
                    Not In Its Individual Capacity, But Solely As Trustee Of
                    LSF8 Master Participation Trust



Date: March 30, 2022

RICHARD C ANDERSON
CANDACE L ANDERSON
928 PENNA VENUE
PITTSBURGH, PA  15222

Loan #: ▇▇▇▇▇▇▇▇
Policy #: ▇▇▇▇▇▇▇▇

Property: 1015 REBECCA ST
NEW CASTLE, PA  16101

Dear RICHARD C ANDERSON:

Enclosed is a renewal of your lender placed hazard insurance policy, we obtained on your behalf. **Your loan agreement requires you to maintain a hazard insurance policy covering your home that is in effect at all times. As you still have not provided us with proof of acceptable coverage, we have again purchased insurance on your property.** The enclosed renewal policy's annual premium of $424.00 has been billed to an impound/escrow account established for your loan. The policy will have a deductible (the amount of loss you would have to pay per policy claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.

We strongly recommend that you obtain your own insurance coverage. The renewal insurance policy we purchased will remain in effect until you provide us with evidence of acceptable coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any unearned premium, as calculated by the insurance company. Please note that you may cancel this coverage at any time by providing us with evidence of other acceptable coverage; however, if the effective date of your acceptable coverage is after the effective date of the enclosed renewal policy, you will be charged for the number of days that coverage was provided under the renewal policy.

Please read the important information and instructions contained in this letter:

- **The cost of the hazard insurance we obtained is likely much higher than insurance you can obtain on your own.** The higher cost is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property. When comparing premiums, remember that our policy provides very limited coverage as indicated below.

- **The hazard insurance we obtained may provide benefits to you, but is primarily for the benefit of the person or company who presently owns your mortgage loan.** If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the person or company that owns your loan will be paid first.

- **The hazard insurance we obtained <u>only</u> covers the structure of your home (for example, the building, walls, floors, roof and permanent attachments).**

    - It does <u>not</u> cover your furniture or any of your other personal belongings.
    - It does <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
    - It does <u>not</u> cover any liability incurred personally to someone who is injured while on your property.

▇▇▇▇▇▇

- **The hazard insurance we obtained does <u>not</u> cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records. If we did not know the last amount of insurance coverage you had, we purchased coverage in the amount of the unpaid principal balance of your loan on the date we requested the insurance coverage to begin.** Although such coverage does not meet our property insurance requirements, we purchased it in the absence of information that would allow for acceptable coverage for your property. If you believe that the amount of coverage shown in the enclosed policy does not accurately represent the value of the home, please call our Insurance Center at 1-800-495-7166, **8:00 AM to 7:00 PM Monday - Thursday, 8:00 AM to 5:00 PM Friday, & 9:00 AM to 12:00 PM Saturday Central Time.**

- **The hazard insurance we purchase will be effective beginning on the date that your previous acceptable insurance expired or was cancelled (regardless of whether or not your policy provided insurance coverage to the owner of your mortgage loan after that date).** Insurance that protects only the owner of your loan after your policy expiration or cancellation date is limited insurance that is not acceptable insurance coverage to us, and will be superseded by the acceptable hazard insurance policy we purchase.

**We urge you to contact an agent of your choice to obtain insurance at a more competitive price.** If you have already ordered other insurance acceptable to us, please instruct your agent or insurance carrier to forward evidence of coverage with a Lenders Loss Payable endorsement in favor of:

> FAY SERVICING LLC
> ISAOA/ATIMA
> P.O. BOX 3644
> SPRINGFIELD, OH  45501-3644
>
> Or Fax To: 1-937-525-8914

You may also update your coverage directly to our Website at www.mycoverageinfo.com/fayservicing. Upon receipt of evidence of acceptable continuing or renewed insurance coverage, we will cancel the policy we obtained. For any period of time during which your policy was not in effect, you will be charged for the lapse in coverage. Please refer any questions relative to this matter to our Insurance Center at 1-800-495-7166, 8:00 AM to 7:00 PM Monday - Thursday, 8:00 AM to 5:00 PM Friday, & 9:00 AM to 12:00 PM Saturday Central Time.

Sincerely,

Insurance Center

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 AM to 7:00 PM Monday - Thursday, 8:00 AM to 5:00 PM Friday, & 9:00 AM to 12:00 PM Saturday Central Time. Call today: 1-800-495-7166. NMLS ID# 88244.

# DECLARATIONS

**AMERICAN SECURITY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

**CERTIFICATE NUMBER:**

| **CERTIFICATE PERIOD:** | | | Issued under the provisions of Master Policy No.: |
|---|---|---|---|
| EFFECTIVE DATE | EFFECTIVE TIME | EXPIRATION DATE | |
| 03/19/2022 | 12:01 am | 03/19/2023 | |

**NAMED INSURED** and Mailing Address:
FAY SERVICING LLC
ISAOA/ATIMA
P.O. BOX 3644
SPRINGFIELD, OH  45501-3644

*For Company Use:*
*Basis:*
*Territory:* 0001
*Class:*
*Other:* FIR SFD

**DESCRIBED LOCATION.** The property covered by this Certificate is at the described location unless otherwise stated:
1015 REBECCA ST
NEW CASTLE, PA  16101

**COVERAGE AND LIMITS OF LIABILITY** – Coverage is provided only where a premium is shown for the coverage, subject to all conditions of this Certificate.

**RESIDENTIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | PREMIUM |
|---|---|---|
| Coverage A - $32,837 | All Perils:  $1,000 | $424.00 |
| Coverage B - 10% of Coverage A | | |
| | TOTAL PREMIUM | $424.00 |

**COMMERCIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | PREMIUM |
|---|---|---|
| Building - | All Perils: | |
| | TOTAL PREMIUM | |

Optional Coverages, Assessments, Surcharges, Taxes, Fees (if applicable):

| | TOTAL AMOUNT | $424.00 |
|---|---|---|

**FORMS AND ENDORSEMENTS** which are made a part of this Certificate at the time of issuance:
MIP 223 AS (01-12),MIP 233 (01-12),MIP 243 PA (03-12),MIP 219 (02-20),MIP 239 PA (03-12)

**BORROWER** - Name and address:
RICHARD C ANDERSON
CANDACE L ANDERSON
928 PENNA VENUE
PITTSBURGH, PA  15222

Loan No.:

CLAIMS: 1-800-652-1262

Issue Date: 03/30/2022

ALL OTHER INQUIRIES:
1-800-495-7166

Countersignature (where required)

Page 1 of 1

---

PAYEE NAME ASSURANT SPECIALTY                 CHECK-NUMBER : ▇

& ADDRESS LP POL LOCKBOX 97-2442              MICR CHECK-NUMBER : ▇

  14800 FRYE ROAD

  FORT WORTH TX  76155


PAYEE CODE: ASPOL  BATCH:923    PAGE 12 OF 40

---

| LOAN-NO | SHORT-NAME | DESCRIPTION | TRAN DATE | AMOUNT |
|---|---|---|---|---|
| INIT | NAME | CODE | DUE | |

PROPROPERTY ADDRESS ----------------------------------------------------

---

▇ RC ANDERSON  ▇  351 03-22 424.00

 1015 REBECCA ST  NEW CASTLE  PA 16101

▇  FAY SERVICING, LLC  03/24/22

  MACHINE DISBURSEMENT CHECK VOUCHER